THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. DENIS RAWE, | ) | 8:08CV393 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the previous order of Magistrate Judge Piester (filing 17), this case shall be resolved as if cross-motions for summary judgment have been filed. The administrative record has been filed (filing 18), and the parties are in the process of briefing the issues. This case will be ripe for disposition on February 26, 2009.

Pending before the court is Plaintiff's motion for leave to submit additional evidence (filing 19), to which Defendant has not objected. Therefore, Plaintiff's motion shall be granted.

IT IS ORDERED:

1. Plaintiff's unopposed motion for leave to submit additional evidence (filing 19) is granted;

2. Plaintiff shall separately file the affidavit and attached evidence referenced in Plaintiff's motion (filing 19) as an Index of Evidence pursuant to the requirements of NECivR 7.1(b)(2).

January 22, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge