```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| J. DENIS RAWE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV393 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the plaintiff's objection to the mediation reference order,

IT IS ORDERED:

The objection, filing no. 24, is denied. However, paragraph 8 of the mediation reference order, filing no. 23, is amended to read as follows:

> 8. Pending completion of the mediation, all activity in this case (including compliance with all deadlines in the progression order, responses to discovery and pending motions, and attendance at pretrial or other scheduled conferences) is stayed until March 31, 2009. In the event the matter is not settled at or following the mediation, the defendant's brief shall be filed on or before April 13, 2009. Plaintiff's reply shall be filed on or before May 1, 2009, whereupon the matter will be deemed submitted.

DATED this 23rd day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge